IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.21.144.241

**ISP:** AT&T U-verse
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/29/2019 10:32:05 | 996D8D37B9BF032A6701ED66B8F09B4FD66A227D | Moonlight Sex Games |
| 03/29/2019 10:30:53 | 0D651A87988EBBD0E47288085510C9F8AB597567 | Stunning Sexy Shower |
| 09/11/2018 18:59:17 | 837722385DBCA5C20A1F5E5DAC10AEE41C46FF19 | Teach Me About Sex |
| 08/09/2018 07:46:31 | 2E26F316992B2C099DB78A717BC6DDAE52062204 | Summertime Sex |
| 01/27/2018 02:17:00 | 18B9C64504C98E96A8D77D82443D60DFA90127CF | Red Hot Christmas |
| 11/14/2017 05:58:36 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 11/04/2017 06:08:33 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 11/04/2017 06:04:49 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

WTX23